UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RENE JOSEPH FOLEY BEY, ET AL. | CIVIL ACTION NO. 19-1262 |
| VERSUS | CHIEF JUDGE HICKS |
| STEVE PRATOR, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 53), and having thoroughly reviewed the record, including the written objections filed (Record Document 54), and concurring with the findings of the Magistrate Judge under the applicable law,

**It IS ORDERED** that the Motion for Summary Judgment filed by Defendants Glyn Best, LC Cope, Steve Prator, and Mark Terry (Record Document 44) be **GRANTED**.

**IT IS FURTHER ORDERED** that all Plaintiffs' claims against all remaining Defendants be **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 4th day of August, 2021.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT